# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>              )<br>       Plaintiff, )<br>              )<br>vs.           )<br>              )           **06-418M**<br>YONG JUN KANG, )<br>              )<br>       Defendant. )           **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Upon further review, the Court confirms the appointment of Paula Deustch of the Public Defenders office as counsel for the above named defendant.

Dated this 16th day of August , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**