UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-418 M |
| v. ) | |
| ) | |
| YONG JUN KANG, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Count 1: Conspiracy to Transport Individuals in Furtherance of Prostitution in violation of 18 U.S.C. §§ 371, 1952.

    Count 2: Conspiracy to Transport and Harbor Illegal Aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A) (iii), (a)(1)(A)(v)(l), and (a)(1(B)(l).

    Count 3: Conspiracy to Engage in Money Laundering in violation of 18 U.S.C. §§ 1956(a)(2)(A), (a)(2)(B)(l), and (h).

Date of Detention Hearing: August 15, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER                              15.13
18 U.S.C. § 3142(i)                         Rev. 1/91
PAGE 1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The Pretrial Services Report dated August 10, 2006, reveals that there is an immigration detainer lodged against the defendant. It appears that he may be a citizen of China.

(2) Defendant's ties to this community and to the Western District of Washington are unknown.

(3) Defendant has stipulated to detention and has reserved the right to contest his continued detention if there is a change in circumstances.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of August, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge