UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR06 - 298 JCC | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | | |
| YONG JUN KANG, et al, ) | | |
| Defendants. ) | | |
| ) | | |
| In re Material Witness: ) | DETENTION ORDER | |
| ) | Material Witness | |
| PRANEE TEWEE ) | | |

<u>Charge</u>:  Material Witness

<u>Date of Detention Hearing</u>:    August 25, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §§ 3142(f) and 3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that detention is necessary to adequately secure the testimony of the material witness, and to prevent a failure of justice.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Ms. Tewee was arrested on a material witness warrant in a matter currently pending before the grand jury, upon a finding that she had material evidence to provide and that it was impracticable to secure her presence by subpoena.  She made her initial appearance in this Court on August 25, 2006.

DETENTION ORDER  
18 U.S.C. § 3142(i)  
PAGE 1

15.13
Rev. 1/91

01       (2)      The United States has moved to detain Ms. Tewee pursuant to 18 U.S.C.
02 § 3144 pending her appearance before the grand jury.
03       (3)      There is an immigration detainer lodged against the witness.
04       (4)      Defendant has stipulated to detention, but reserves the right to contest her
05 continued detention if there is a change in circumstances.
06       (5)      The material witness is viewed as a risk of nonappearance based on her
07 unknown background information and lack of information about any ties to this community
08 or to the Western District of Washington.
09       (6)      The Court finds that further detention is necessary to prevent a failure of
10 justice.  The material witness will be detained until her testimony can adequately be secured.
11       It is therefore ORDERED:
12       (1)      The material witness shall be detained pending the taking of her testimony and
13                   committed to the custody of the Attorney General for confinement in a
14                   correction facility separate, to the extent practicable, from persons awaiting or
15                   serving sentences, or being held in custody pending appeal;
16       (2)      The material witness shall be afforded reasonable opportunity for private
17                   consultation with counsel;
18       (3)      On order of a court of the United States or on request of an attorney for the
19                   government, the person in charge of the corrections facility in which material
20                   witness is confined shall deliver the material witness to a United States
21                   Marshal for the purpose of an appearance in connection with a court
22                   proceeding or for providing testimony in connection with a case pending in
23                   this Court; and
24       (4)      The Clerk shall direct copies of this Order to counsel for the United States,
25                   counsel for the material witness, the United States Marshal, and the United
26                   States Pretrial Services Officer.

DETENTION ORDER                   15.13
18 U.S.C. § 3142(i)                   Rev. 1/91
PAGE 2

01

02      DATED this 25th day of August, 2006.

03                                          _____
                                            JAMES P. DONOHUE
04                                          United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                                              15.13
18 U.S.C. § 3142(i)                                                                       Rev. 1/91
PAGE 3